# Third District Court of Appeal
## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1890
Lower Tribunal No. 18-24723
_____

**Luis Grasso, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Your Insurance Attorney, PLLC and Maximo A. Santiago and Ariana Rubio Di Natale, for appellants.

Gray | Robinson, P.A., and Kristie Hatcher-Bolin (Lakeland), Shakiva L. Brown (Fort Lauderdale), and Richard L. Barry (Orlando), for appellee.

Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed.